UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

INGRID PAOLA SAUCEDA HENRIQUEZ,
(A 220-582-822),
ANGEL GAEL CONNER- SAUCEDA,
(A 220-582-821)

                  Petitioners,

      v.

PAMELA BONDI, in her Official Capacity,
Attorney General of the United States,

Petition for Review

      Ingrid Paola Sauceda Henriquez (A 220-582-822), and Angel Gael Conner-Henrriquez (A 220-582-821), hereby petition the court for review of the Order of the Board of Immigration Appeals, entered on February 13, 2026 denying the Petitioner's Motion to Remand and Reopen.

Dated: White Plains, New York
       March 4, 2026

                            Respectfully SubEmitted,

                                  /s/ *Andrea C. Soto*
            By: _____

              Andrea C. Soto, Esq.
              Soto Law, PLLC
              445 Hamilton Avenue, Suite 407
              T : 914-290-4900 / F: 914-898-9100
              asoto@andreasotolaw.com

              Attorney for Petitioners-Appellants