**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** _____   Caption [use short title]

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:**_____ **OPPOSING PARTY:**_____

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:**_____ **OPPOSING ATTORNEY:**_____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is the oral argument on motion requested? ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☐ No  If yes, enter date:_____

**Signature of Moving Attorney:**

_____**Date:**_____ Service : ☐ Electronic ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

No. 26-492

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

---

**INGRID PAOLA SAUCEDA-HENRRIQUEZ,
ANGEL GAEL CONNER-SAUCEDA,
Agency Nos. A220-582-822/821**

**Petitioners,**

**v.**

**PAMELA BONDI,
Attorney General of the United States,**

**Respondent.**

---

**RESPONDENT'S MOTION TO APPEAR
REMOTELY FOR ORAL ARGUMENT**

---

This immigration case is calendared for oral argument on Petitioners' motion for a stay of removal in New York, New York, on April 7, 2026, at 11:00 am in Room 1703. Respondent, by undersigned counsel, moves the Court for an order granting undersigned counsel leave to appear for oral argument by video, or in the alternative, telephonically. Undersigned has informed Petitioners' counsel of this motion prior to its filing.

Undersigned counsel's duty station is in Portland, Oregon. The undersigned is preparing the government's answering brief in Second Circuit Case No. 25-1477 (due April 6, 2026) as well as a supplemental brief in Ninth Circuit Case No. 24-5065 (due April 7, 2026). Finally, undersigned counsel has a prescheduled cardiologist appointment in Portland, Oregon on the day of this Court's argument. Consequently, undersigned counsel requests that this Court grant this motion to appear remotely on April 7, 2026, for oral argument on the motion.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

COLIN J. TUCKER
Senior Litigation Counsel

/s/ Richard Zanfardino
RICHARD ZANFARDINO
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-4651

DATED:  March 30, 2026          Attorneys for Respondent

2

## **CERTIFICATE OF COMPLIANCE**

Under Federal Rule of Appellate Procedure 32(g)(1), the attached complies with the type-volume limitation of Rule 27(d)(2), because it is proportionately spaced using Book Antiqua 14-point typeface and contains 362 words.  Respondent used Microsoft Word to prepare this document.

/s/ Richard Zanfardino
RICHARD ZANFARDINO
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS. I further certify that all participants in the case are registered AMCS users and that service will be accomplished on Petitioners' counsel via the ACMS system.

/s/ Richard Zanfardino
RICHARD ZANFARDINO
Trial Attorney