E.D.N.Y.-Bklyn
25-cv-7023
DeArcy Hall, J.

BIA
A220 582 822/821

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-six.

Present:
> José A. Cabranes,
> Joseph F. Bianco,
> William J. Nardini,
>     *Circuit Judges*.

———————————

Ingrid Paola Sauceda Henriquez, et al.,

> *Petitioners-Appellants*,

v.                                                                 26-189

Markwayne Mullin, in his official capacity, Secretary of the U.S. Department of Homeland Security, et al.,

> *Respondents-Appellees*.

———————————

Ingrid Paola Sauceda Henriquez, A.C.S.,

> *Petitioners*,

v.                                                                 26-492

Todd Blanche, Acting United States Attorney General,

> *Respondent*.

———————————

Petitioners Ingrid Paolo Sauceda Henriquez and A.C.S. move to stay their removal in connection with their appeal of a district court decision denying their petition under 28 U.S.C. § 2241 and their petition for review of a decision of the Board of Immigration Appeals denying their motion to reopen their removal proceedings.  Respondents oppose a stay of removal.  Upon due consideration, it is hereby ORDERED that Petitioners' motions to stay removal are DENIED.  *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (requiring movant to make "a strong showing" of likely merit and demonstrate irreparable injury absent a stay).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2