**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-six,

_____

| | |
|---|---|
| Ingrid Paola Sauceda-Henrriquez, Angel Gael Conner-Sauceda, | **ORDER** |
| | Docket No. 26-492 |
|      Petitioners, | |
|   v. | |
| Todd Blanche, Acting United States Attorney General, | |
|      Respondent. | |

_____

      Counsel for Petitioner Angel Gael Conner-Sauceda, Ingrid Paola Sauceda-Henrriquez has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 03, 2026 as the brief filing date.

      It is HEREBY ORDERED that Petitioners' brief must be filed on or before June 03, 2026. The appeal is dismissed effective June 03, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

