

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
General Litigation and Appeals

SFL:RZ:rz
39-51-40966.03

*Washington, D.C. 20530*

April 24, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
for the Second Circuit
The Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>Sauceda-Henrriquez v. Blanche</u>, No. 26-492

Dear Ms. Wolfe:

Respondent is in receipt of the Court's order dated April 21, 2026, tolling the instant case for ninety days. The Government has reviewed the instant case and determined that no further tolling is appropriate. Accordingly, the Government hereby requests that the case be restored to active status.

Sincerely,

/s/ Richard Zanfardino
RICHARD ZANFARDINO
Trial Attorney
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-4651